**VICTOR STOVE COMPANY, Appellant, v. HALL–NEAL FURNACE COMPANY, Appellee.**

Court of Appeals of District of Columbia.

Submitted January 11, 1928.    Decided March 5, 1928.

No. 2008.

Appeal from the Commissioner of Patents.

L. B. Kemon, of Washington, D. C., for appellant.

E. W. Bradford, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, VAN ORSDEL, Associate Justice, and SMITH, Judge of the United States Court of Customs Appeals.

MARTIN, Chief Justice. This is an appeal from a decision denying an application, filed by the Victor Stove Company, for the cancellation of the trade-mark registration of the word "Victor," issued May 22, 1923, to the Hall-Neal Furnace Company for domestic heating furnaces.

The application for cancellation herein involved raises the same question as that decided by this court concurrently herewith in appeal No. 2007, Victor Stove Co. v. Hall-Neal Furnace Co., 58 App. D. C. ——, 24 F.(2d) 893. Consistently with the court's decision in that case, the decision of the Commissioner of Patents, herein appealed from, is affirmed.